IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ PS ___ D.C.

05 JUN -9 PM 3:38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

DORA W. MOORE,

    Plaintiff,

VS.                              NO. 04-2985-MaV

JOHN E. POTTER,
United States Postmaster,

    Defendant.

ORDER OF TRANSFER

The above-styled case is hereby transferred to Judge Jon P. McCalla in exchange for Case No. 2:04-2151-MlV, <u>Dawn M. Smith v. Anthony J. Principi, Secretary of the Department of Veterans Affairs</u>. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number from "Ma" to "Ml."

It is so ORDERED this 8th day of June, 2005.

                                          SAMUEL H. MAYS, JR.
                                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:04-CV-02985 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Dora W Moore
4348 Falcon Drive
Memphis, TN 38109

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT