IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 SEP -6 PM 5:02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DORA W. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2985 Ml/V |
| ) | |
| JOHN E. POTTER, ) | |
| United States Postmaster, ) | |
| ) | |
| Defendant. ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on August 23, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, August 28, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, August 21, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>August 14, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-7-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ⁶⁄ day of September, 2005.

                                                                        /s/ Jon P. McCalla
                                                                        JON PHIPPS McCALLA
                                                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02985 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Dora W Moore
4348 Falcon Drive
Memphis, TN 38109

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT